**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01016-CV

### CAROL S. WARREN, Appellant

### V.

### SUNSET MORTGAGE COMPANY, LP, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08266**

## ORDER

We **GRANT** appellant's October 29, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed on July 1, 2013 is deemed timely for jurisdictional purposes.

We **GRANT** appellant's October 29, 2013 motion for an extension of time to file a brief. Appellant shall file her brief on or before December 27, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    DAVID LEWIS
JUSTICE